UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CAUSE NO. 3:99-CR-28(01)RM |
| | ) | |
| RHONDA S. WILLIAMSON | ) | |

OPINION and ORDER

This cause is before the court on Rhonda Williamson's Motion for a Temporary Suspension of Restitution Payments, which is based on exigent family circumstances. The government opposes the motion insofar as it requests a full suspension of all restitution, and proposes Ms. Williamson pay reduced payments of $25.00 for the next six months, after which Ms. Williamson could apprise the court of her financial status. The court resolves the motion without the benefit of a reply.

Having considered the motion, the court finds the government's proposal appropriate and now ORDERS Ms. Williamson to pay reduced restitution payments of $25.00 for the sixth months following this order, after which she shall return to her current payment schedule. Before the conclusion of the sixth month period, Ms. Williamson may apprise the court of her financial condition by way of a new motion for reduced payments.

Ms. Williamson's motion is GRANTED as MODIFIED by this order [Doc. No. 84].

SO ORDERED.

ENTERED: <u>August 16, 2006</u>

<u>/s/ Robert L. Miller, Jr.</u>
Chief Judge
United States District Court